**Mark A. Miller, 9563**
mmiller@hollandhart.com
**Ginger Utley, 11788**
gutley@hollandhart.com
**Christopher B. Hadley, 14055**
cbhadley@hollandhart.com
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

*Attorneys for Plaintiff*
*ICON Health & Fitness, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ICON HEALTH & FITNESS, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Zhongshan Camry Electronic Co., Ltd.**, d/b/a **iFitstore.com**, a company,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 1:14-cv-00002-BCW<br><br>Magistrate Judge Brooke C. Wells |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff ICON Health & Fitness, Inc. ("ICON") respectfully submits this Notice of Voluntary Dismissal of its claims against Defendant, Zhongshan Camry Electronic Co., Ltd. ("Camry") and Defendant iFitstore.com. Despite exhaustive efforts, ICON has not been able to perfect service of process on Defendant Camry in China. *See* Dkt. Nos. 7, 13, 15, 18, 20. On May 10, 2016, ICON served Defendant iFitstore.com. *See* Dkt. 24. Defendant iFitstore.com and ICON have reached a settlement agreement. Neither Defendant has filed an Answer or Motion for Summary

Judgment.  Accordingly, Plaintiff voluntarily dismisses this case *with prejudice* as to iFitstore.com and *without prejudice* as to Camry.  Plaintiff reserves the right to raise its infringement claims again against Defendant Camry in the future.

Dated:  July 19, 2016.

/s/  Mark A. Miller
Mark A. Miller
HOLLAND & HART LLP
*Attorneys for Plaintiff*